B. Newal Squyres (ISB #1621)
Ted C. Murdock (ISB #5431)
HOLLAND & HART LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID 83701
Telephone: (208) 342-5000
nsquyres@hollandhart.com
tmurdock@hollandhart.com

Joseph J. DePalma *(Pro Hac Vice)*
Katrina Carroll *(Pro Hac Vice)*
Jennifer Sarnelli *(Pro Hac Vice)*
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
jdepalma@ldgrlaw.com
kcarroll@ldgrlaw.com
jsarnelli@ldgrlaw.com

**Attorneys for Lead Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

IN RE:

ATLAS MINING COMPANY,
SECURITIES LITIGATION

Civil Action No. 07-428-N-EJL

**NOTICE OF UNOPPOSED MOTION FOR ORDER (1) CERTIFYING SETTLEMENT CLASS; (2) APPOINTING LEAD PLAINTIFFS AS SETTLEMENT CLASS REPRESENTATIVES; (3) APPOINTING CLASS COUNSEL; (4) PRELIMINARILY APPROVING SETTLEMENT; (5) PROVIDING FOR NOTICE; (6) APPOINTING CLAIMS ADMINISTRATOR AND (7) SCHEDULING FAIRNESS HEARING FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiffs, through their undersigned attorneys, will move before the Honorable Edward J. Lodge, United States District Judge, for entry of an Order (1) certifying a Class for settlement purposes; (2) appointing Lead Plaintiffs, James O'Hern and John O'Hern as representatives of the Settlement Class; (3) appointing Lite DePalma Greenberg & Rivas, LLC as Settlement Class Counsel and Holland & Hart LLP as Liaison Counsel for the Settlement Class; (4) approving the proposed Settlement of this Litigation in accordance with a Settlement Agreement and Stipulation of Settlement, which, together with the exhibits annexed thereto, set forth the terms and conditions for a proposed Settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein; (5) providing for the distribution of Notice of the proposed Settlement to the Class; (6) appointing a Claims Administrator in connection with the proposed Settlement, and; (7) scheduling a Fairness Hearing for final approval of the proposed Settlement.

Lead Plaintiffs, in support of their motion, rely upon the accompanying Memorandum of Law and the Declaration of Katrina Carroll, Esq. A proposed form of Order is submitted herewith.

September 15, 2009

Respectfully submitted,

By: \s\ *Ted C. Murdock*
B. Newal Squyres
Ted C. Murdock

**LITE DEPALMA GREENBERG & RIVAS LLC**
Joseph J. DePalma
Katrina Carroll
Jennifer Sarnelli

*Attorneys for Lead Plaintiffs*

4609022_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2009, I caused to be served an electronic true and correct copy of the foregoing to the following:

Bruce Bistline, Esq.
Phillip Howard Gordon, Esq.
Email: bbistline@gordonlawoffices.com
         pgordon@gordonlawoffices.com

W. Adam Duerk
Email: aduerk@bigskylawyers.com

Matthew A. Carvalho
Angelo J. Calfo
Email: mcarvalho@yarmuth.com
         smeyer@yarmuth.com
         acalfo@yarmuth.com
         srasmussen@yarmuth.com

Thomas A. Banducci, Esq.
Wade L. Woodard, Esq.
Email: tbanducci@bwslawgroup.com
         wwoodard@bwslawgroup.com

William G. Dryden
Email: wgd@elamburke.com
         buff@elamburke.com

Lewis S. Kahn
Kim E. Miller
Email: lewis.kahn@kgscounsel.com
         kim.miller@kgscounsel.com

Laurence M. Rosen
Email: lrosen@rosenlaw.com

Kim C. Stanger
Email: kstanger@hawleytroxell.com

Charles Matthew Andersen
Courtney R. Beaudoin
Email: cma@winstoncashatt.com
         crb@winstoncashatt.com

Stephen R. Thomas, Esq.
Email: srt@moffatt.com

Kevin J. Scanlan, Esq.
Bryan A. Nickels, Esq.
Email: kjs@hallfarley.com
         ban@hallfarley.com

Joseph J. DePalma
Katrina Carroll
Jennifer Sarnelli
Email: jdepalma@ldgrlaw.com
         kcarroll@ldgrlaw.com
         jsarnelli@ldgrlaw.com

Philip M. Guess
Richard A. Kirby
Email: philg@klgates.com
         richard.kirby@klgates.com

Nathan M. Longenecker
Email: longenecker@twhlaw.com
         fisk@twhlaw.com

Jennifer F. Sherrill
Email: jfs@federmanlaw.com

Thomas G. Walker
Email: twalker@cosholaw.com

/S/
for HOLLAND & HART LLP

4613908_1.DOC