Ellen Maycock (*Pro Hac Vice*)
Steven G. Loosle (*Pro Hac Vice*)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 East South Temple
Twenty-First Floor
P.O. Box 45561
Salt Lake City, UT 84155-0561
Telephone:  (801) 531-7090
Facsimile:  (801) 531-7091
Email:  emaycock@klmrlaw.com; sloosle@klmrlaw.com

Kim C. Stanger, ISB No. 5783
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  (208) 344-6000
Facsimile:  (208) 342-3829
Email: kcs@hteh.com

*Attorneys for Chisholm, Bierwolf & Nilson, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

(BOISE)

| | |
|---|---|
| IN RE:<br><br>ATLAS MINING COMPANY,<br>SECURITIES LITIGATION | Civil Action No. 07-428-N-EJL<br><br>**CBN DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Pursuant to FED. R. CIV. P. 12(b)(6), Defendants Chisholm, Bierwolf & Nilson, LLC ("CBN"), Todd Chisholm, and Troy Nilson hereby move the Court to dismiss the Second Amended Consolidated Class Action Complaint for Violation of Federal Securities Laws ("SAC"). The grounds for this motion are that the SAC fails to plead fraud with particularity as required by FED. R. CIV. P. 9(b), and furthermore the SAC fails to comply with the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, in that the SAC fails to specify misleading

2

statements and fails to state facts giving rise to a strong inference of scienter as to the CBN Defendants. This motion is supported by a memorandum filed herewith.

DATED this 15th day of January, 2010.

              KRUSE LANDA MAYCOCK & RICKS, LLC


              /s/Steven G. Loosle
              Steven G. Loosle
              *Attorneys for Chisholm, Bierwolf & Nilson LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2010, I electronically filed the foregoing CBN DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Charles Matthew Andersen**
cma@winstoncashatt.com

**Thomas A. Banducci**
tbanducci@bwslawgroup.com,kgarcia@bwslawgroup.com,rsoni@bwslawgroup.com,lharris@bwslawgroup.com,wwoodard@bwslawgroup.com,ssmith@bwslawgroup.com

**Courtney R Beaudoin**
crb@winstoncashatt.com

**Bruce S Bistline**
bbistline@gordonlawoffices.com

**Angelo J Calfo**
acalfo@yarmuth.com,srasmussen@yarmuth.com

**Katrina Carroll**
kcarroll@ldgrlaw.com

**Matthew A Carvalho**
mcarvalho@yarmuth.com,smeyer@yarmuth.com

**Joseph J. DePalma**
jdepalma@ldgrlaw.com

**William G Dryden**
wgd@elamburke.com,buff@elamburke.com

**W. Adam Duerk**
aduerk@bigskylawyers.com

**Philip Howard Gordon**
pgordon@gordonlawoffices.com,bbistline@gordonlawoffices.com

**Philip M Guess**
philg@klgates.com,rhonda.hinman@klgates.com,SEDocketing@klgates.com

**Lewis S Kahn**
lewis.kahn@kgscounsel.com

**Richard A Kirby**
richard.kirby@klgates.com

**Nathan M Longenecker**
longenecker@twhlaw.com,fisk@twhlaw.com

**Kim E Miller**
kim.miller@kgscounsel.com

**Ted C. Murdock**
tmurdock@hollandhart.com,jlcalhoun@hollandhart.com,
boiseintaketeam@hollandhart.com

**Bryan A Nickels**
ban@hallfarley.com,kat@hallfarley.com

**Laurence M. Rosen**
lrosen@rosenlegal.com

**Jennifer Sarnelli**
jsarnelli@ldgrlaw.com

**Kevin J Scanlan**
kjs@hallfarley.com,klm@hallfarley.com

**Jennifer F Sherrill**
jfs@federmanlaw.com

**B Newal Squyres**
nsquyres@hollandhart.com,sdalonzo@hollandhart.com,
boiseintaketeam@hollandhart.com

**Kim C Stanger**
kstanger@hawleytroxell.com,sclark@hawleytroxell.com

**Stephen R Thomas**
srt@moffatt.com,cld@moffatt.com,moffattthomas@hotmail.com,ecf@moffatt.com,
tmh@moffatt.com,sec@moffatt.com

**Thomas G Walker**
twalker@cosholaw.com,pcarson@cosholaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid, addressed as follows:

Michael A. Swick
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

/s/Lynn Javadi