Ellen Maycock (*Pro Hac Vice*)
Steven G. Loosle (*Pro Hac Vice*)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 East South Temple
Twenty-First Floor
P.O. Box 45561
Salt Lake City, UT 84155-0561
Telephone: (801) 531-7090
Facsimile: (801) 531-7091
Email: emaycock@klmrlaw.com; sloosle@klmrlaw.com

Kim C. Stanger, ISB No. 5783
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: kcs@hteh.com

*Attorneys for Chisholm, Bierwolf & Nilson, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(BOISE)

| | |
|---|---|
| IN RE: ) | |
| ) | Civil Action No. 07-428-N-EJL |
| ATLAS MINING COMPANY, ) | |
| SECURITIES LITIGATION ) | **MOTION OF TODD CHISHOLM** |
| ) | **AND TROY NILSON TO DISMISS** |
| ) | **SECOND AMENDED COMPLAINT** |

Pursuant to FED. R. CIV. P. 12(b)(6), Defendants Todd Chisholm ("Chisholm") and Troy Nilson ("Nilson") hereby move the Court to dismiss the Second Amended Consolidated Class Action Complaint for Violation of Federal Securities Laws ("SAC"). Chisholm and Nilson, along with Chisholm, Bierwolf & Nilson, LLC ("CBN") have filed another motion to dismiss the SAC. Chisholm and Nilson separately file the present motion in order to assert grounds for dismissal unique to them individually. These grounds include Plaintiffs' failure to identify separately in the SAC any participation by Chisholm and Nilson in the alleged fraud. In

addition, the SAC is time-barred as to Chisholm and Nilson pursuant to 28 U.S.C. § 1658.  This motion is supported by a memorandum filed herewith.

DATED this 15th day of January, 2010.

                                                  KRUSE LANDA MAYCOCK & RICKS, LLC

                                                  /s/Steven G. Loosle
                                                  Steven G. Loosle
                                                  *Attorneys for Chisholm, Bierwolf & Nilson LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2010, I electronically filed the foregoing MOTION OF TODD CHISHOLM AND TROY NILSON TO DISMISS SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Charles Matthew Andersen**
cma@winstoncashatt.com

**Thomas A. Banducci**
tbanducci@bwslawgroup.com,kgarcia@bwslawgroup.com,rsoni@bwslawgroup.com,lharris@bwslawgroup.com,wwoodard@bwslawgroup.com,ssmith@bwslawgroup.com

**Courtney R Beaudoin**
crb@winstoncashatt.com

**Bruce S Bistline**
bbistline@gordonlawoffices.com

**Angelo J Calfo**
acalfo@yarmuth.com,srasmussen@yarmuth.com

**Katrina Carroll**
kcarroll@ldgrlaw.com

**Matthew A Carvalho**
mcarvalho@yarmuth.com,smeyer@yarmuth.com

**Joseph J. DePalma**
jdepalma@ldgrlaw.com

**William G Dryden**
wgd@elamburke.com,buff@elamburke.com

**W. Adam Duerk**
aduerk@bigskylawyers.com

**Philip Howard Gordon**
pgordon@gordonlawoffices.com,bbistline@gordonlawoffices.com

**Philip M Guess**
philg@klgates.com,rhonda.hinman@klgates.com,SEDocketing@klgates.com

**Lewis S Kahn**
lewis.kahn@kgscounsel.com

**Richard A Kirby**
richard.kirby@klgates.com

**Nathan M Longenecker**
longenecker@twhlaw.com,fisk@twhlaw.com

**Kim E Miller**
kim.miller@kgscounsel.com

**Ted C. Murdock**
tmurdock@hollandhart.com,jlcalhoun@hollandhart.com,
boiseintaketeam@hollandhart.com

**Bryan A Nickels**
ban@hallfarley.com,kat@hallfarley.com

**Laurence M. Rosen**
lrosen@rosenlegal.com

**Jennifer Sarnelli**
jsarnelli@ldgrlaw.com

**Kevin J Scanlan**
kjs@hallfarley.com,klm@hallfarley.com

**Jennifer F Sherrill**
jfs@federmanlaw.com

**B Newal Squyres**
nsquyres@hollandhart.com,sdalonzo@hollandhart.com,
boiseintaketeam@hollandhart.com

**Kim C Stanger**
kstanger@hawleytroxell.com,sclark@hawleytroxell.com

**Stephen R Thomas**
srt@moffatt.com,cld@moffatt.com,moffattthomas@hotmail.com,ecf@moffatt.com,
tmh@moffatt.com,sec@moffatt.com

**Thomas G Walker**
twalker@cosholaw.com,pcarson@cosholaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid, addressed as follows:

Michael A. Swick
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

/s/Lynn Javadi