B. Newal Squyres (ISB #1621)
Ted C. Murdock (ISB #5431)
HOLLAND & HART LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID 83701
Telephone: (208) 342-5000
nsquyres@hollandhart.com
tmurdock@hollandhart.com

Joseph J. DePalma (*Pro Hac Vice*)
Katrina Carroll (*Pro Hac Vice)*
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
jdepalma@litedepalma.com
kcarroll@litedepalma.com

*Attorneys for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>ATLAS MINING COMPANY SECURITIES LITIGATION, | Case No. 07-428-N-EJL-MHW<br><br>STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO OBJECT TO THE HON. WILLIAMS'S REPORT & RECOMMENDATION |

Lead Plaintiffs and Defendants Chisholm, Bierwolf & Nilson ("CBN"), Todd Chisholm and Troy Nilson, enter into the following stipulation:

WHEREAS, the Honorable Mikel H. Williams issued a Report & Recommendation (the "R&R") granting CBN's Motion to Dismiss [Docket No. 147] and Chisholm and Nilson's Motion to Dismiss [Docket No. 148];

WHEREAS, the ECF notice advising of the R&R specified that Lead Plaintiffs' objections to R&R were originally due by September 20, 2010;

STIPULATION TO EXTEND TIME FOR LEAD PLAINITFFS TO OBJECT TO THE HON. WILLIAMS'S REPORT & RECOMMENDATION - 1

WHEREAS, the parties began discussing resolution of this matter and entered into a Stipulation and Order extending the time until October 20, 2010 for Lead Plaintiffs to file Objections to the Court's Report & Recommendation, and the parties' Stipulation was entered by the Court on September 21, 2010 [Docket No. 186];

WHEREAS, the parties' discussions are ongoing and the parties request an additional extension of time to enable those discussions to continue;

The parties hereto, by and through their respective attorneys, stipulate and request that the Court extend the time, until November 17, 2010 for Lead Plaintiffs to file Objections to the Court's Report & Recommendation.

STIPULATED AND AGREED TO BY:

| KRUSE LANDA MAYCOCK & RICKS, LLC | LITE DEPALMA GREENBERG, LLC |
|---|---|
| By   /s/ Steven G. Loosle<br>    Ellen Maycock (*Pro Hac Vice*)<br>    Email: emaycock@klmrlaw.com<br>    Steven G. Loosle (*Pro Hac Vice*)<br>    Email: sloosle@klmrlaw.com | By   /s/ Ted C. Murdock<br>    Joseph J. DePalma (*pro hac vice*)<br>    Email: jdepalma@litedepalma.com<br>    Katrina Carroll (*pro hac vice*)<br>    Email: kcarroll@litedepalma.com |
| HAWLEY TROXELL ENNIS & HAWLEY LLP<br>    Kim C. Stanger (ISB No. 5783)<br>    Email: kcs@hteh.com<br><br>*Attorneys for Chisholm, Bierwolf & Nilson, LLC, Todd Chisholm and Troy Nilson* | HOLLAND & HART LLP<br>    B. Newal Squyres (ISB #1621)<br>    Email: nsquyres@hollandhart.com<br>    Ted C. Murdock (ISB #5431)<br>    Email: tmurdock@hollandhart.com<br><br>*Attorneys for Lead Plaintiffs* |

/ / /

STIPULATION TO EXTEND TIME FOR LEAD PLAINITFFS TO OBJECT TO THE HON. WILLIAMS'S REPORT & RECOMMENDATION - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2010 I caused to be served a true and correct copy of the foregoing on all registered parties via the Court's ECF system.

/s/ Ted C. Murdock
HOLLAND & HART LLP

4940870_1.DOC